UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK                                    CITY OF POUGHKEEPSIE - ABS

---

**Plaintiff / Petitioner:**                                                      **AFFIDAVIT OF SERVICE**

RICHARD BASORA                                                                       Index No:

**Defendant / Respondent:**                                                          22-CV-3300

THE CITY OF POUGHKEEPSIE, ET AL                                                  Date Filed: April 22, 2022

State of New York County of Dutchess ss.:

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State.
That on Mon, May 16 2022 AT 11:39 AM AT OFFICE OF THE CHAMBERLAIN 62 CIVIC CENTER PLAZA, POUGHKEEPSIE, NY 12601 deponent
served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO
NYCPL 160.50[1][D] on THE CITY OF POUGHKEEPSIE

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person
described as said defendant therein.

☒ **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to THE CITY OF POUGHKEEPSIE personally,
deponent knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be
  Deputy Chamberlain  thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That
person was also asked by deponent whether said premises was the defendant's residence/place of business and the reply was
affirmative.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or
a person of suitable age or discretion thereat, having called thereon; at

_____

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly
addressed to said defendant at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office,
official depository, under the exclusive care and custody of the United States Post Office department. Mailed on

_____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of
New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the
conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New
York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 30-38 _____ Skin Color: Tan _____ Gender: Female _____ Weight: 150-180 ____
Height: 5' to 5'4 _____ Hair: Blond _____ Eyes: _____ Relationship: deputy chamberlain
Other _____

Sworn to before me on _____ 5/20/2022

_Ashley Haughton_
Ashley Haughton                                     Notary Public

ABS PROCESS SERVING, INC.
42 SATTERLEE ST
STATEN ISLAND, NY 10307

DENIEL A RODRIGUEZ
Notary Public, State of New York
No. 01RO6316495
Qualified in Dutchess County
Commission Expires Dec. 15, 20__