5050-166/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RICHARD BASORA,                                    **NOTICE OF APPEARANCE**

                    Plaintiff

                                                      7:22-cv-3300

    -against-

THE CITY OF POUGHKEEPSIE, TYLER HOAG, and
GREGORY SCHWEIZER,

                    Defendants.
------------------------------------------------------------------------x

S I R (S):

    PLEASE TAKE NOTICE, that the defendant, City of Poughkeepsie hereby appears in the above-entitled action.

DATED:    Poughkeepsie, New York
                 June 2, 2022

                                                Yours, etc.

                                                McCABE & MACK LLP

                                                By: _____
                                                     David L. Posner (0310)
                                                *Attorneys for Defendant City of Poughkeepsie*
                                                63 Washington Street
                                                P.O. Box 509
                                               Poughkeepsie, NY 12602-0509
                                               Tel: (845) 486-6800