# The Fu Firm PLLC

43 West 43rd Street, Suite 205
New York...
...
www...

**BY ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted. The parties' joint letter concerning mediation/settlement shall be filed by October 13, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        September 19, 2023

**Re:** *Basora v. City of Poughkeepsie*, 22-CV-3300 (PMH)

Dear Judge Halpern:

    I represent Plaintiff in the above-referenced matter and write on behalf of all parties to request an extension of the deadline for the parties to submit a joint letter regarding mediation or settlement from October 2, 2023 until October 13, 2023. Counsel for the parties have not yet had an opportunity to discuss the substance of the letter and whether a mediation or settlement conference would be fruitful. Defendants' counsel will be out of the office, returning next week. I will be out of the office on a pre-planned vacation starting on September 22 and returning on or about October 9. We have scheduled a time to discuss the letter shortly after I return.

    Accordingly, the parties respectfully request an extension of the deadline to submit a joint letter regarding mediation or settlement. This extension should not affect any other scheduled dates.[1] This deadline was previously extended as part of extensions of the time to complete discovery.

                                                Respectfully Submitted,

                                                */s/ Yan Fu*

                                                Yan Fu

cc: Counsel of record (by ECF)

---

[1] There is a telephonic status conference with the Court scheduled for October 24, 2023.