

Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Richard J. Olson
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Thomas J. Cummings
Tinamarie Fisco
Nicholas Tarkazikis
Michael P. Towey

McCABE & MACK LLP
ATTORNEYS AT LAW
mccm.com

*Of Counsel*
David L. Posner
Ellen L. Baker
Hon. Albert M. Rosenblatt
James Kimmel

John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
Edward J. Mack *1910-1998*
Joseph C. McCabe *1925-1981*
J. Joseph McGowan *1936-2022*

Direct Dial: (845) 486-6894
E-mail: klee@mccm.com

December 1, 2023

**VIA ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE: Basora v. City of Poughkeepsie
7:22-cv-3300 (PMH)(AEK)
Our File No. 5050-166

> Application granted. The case management conference scheduled for December 20, 2023 is adjourned and converted to an in-person pre-motion conference to be held on February 7, 2024 at 12:30 p.m., in Courtroom 520 of the White Plains courthouse. Defendants' response to Plaintiff's pre-motion letter (Doc. 39) shall be filed by December 8, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 4, 2023

Dear Judge Halpern:

We represent the defendants in this matter and respectfully request an adjournment of the conference scheduled for December 20, 2023. My son is returning from three months in Spain and I have to pick him up from the airport.

I would appreciate any consideration you can give to this request. Plaintiff has consented to this request. The parties are unavailable from December 20, 2023 through January 2, 2024 and also unavailable on January 9, 2024. Plaintiff also requests the conference be held in person. Defendants' pre-motion letter will be filed today.

Respectfully yours,

McCABE & MACK LLP

*Kimberly Hunt Lee*

KIMBERLY HUNT LEE

KHL/dmf
cc: Yan Fu, Esq./The Fu Firm PLLC