# The Fu Firm PLLC

43 West 43rd Street, Suite 205
New York, ...
(21...
www...

> Application granted. The deadline to file pretrial submissions is extended to May 13, 2025. No further extensions of this deadline will be granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         April 10, 2025

**BY ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**   *Basora v. City of Poughkeepsie*, 22-CV-3300 (PMH) (AEK)

Dear Judge Halpern:

    I represent Plaintiff in the above-referenced matter.  Today, the parties appeared before Magistrate Judge Krause for a settlement conference.  While we did not reach a resolution before the conference ended due to other matters on Judge Krause's calendar, both sides believe that the conference was fruitful and have scheduled another in-person conference for April 29, 2025 at 2:15 pm.  The parties believe that their efforts would be well-spent in exhausting efforts to reach a resolution of this matter.

    Accordingly, the parties respectfully request that the Court extend the deadline to file pretrial papers, as required by sections 6(A) and 6(B) of the Court's Individual Practices in Civil Cases, from April 14, 2025 until May 13, 2025, two weeks after the next settlement conference.  This is the third request for an extension of this deadline.  The previous requests were granted.

    Respectfully Submitted,

    */s/ Yan Fu*

    Yan Fu

cc: Counsel of record (by ECF)